UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL OMORODION | CIVIL ACTION |
| VERSUS | |
| KRISTI NOEM, *In Her Capacity As Secretary Of The Department Of Homeland Security,* ET AL. | NO. 26-00072-BAJ-SDJ |

## ORDER

Considering the parties' representation that discovery and an evidentiary hearing are not necessary, the parties' indication that they do not seek oral argument on the Motion for Temporary Restraining Order ("TRO"), and the parties' suggestion that the Court may consolidate its Ruling on the Motion for TRO and underlying habeas petition (Doc. 16 at 1–2),

**IT IS ORDERED** that the Government shall respond to the Petition (Doc. 1) on or before February 12, 2026. Petitioner may file a reply brief on or before February 19, 2026, limited to a total of 10 pages. No motion for leave will be required. Sur-Reply briefs will be permitted only with leave of Court for extraordinary reasons supported by sufficient facts.

Baton Rouge, Louisiana, this 5th day of February, 2026

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA